# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

FRANK TADDEO,

        Plaintiff,

vs.

CAROLYN W. COLVIN,
Commisioner of Social Security,

        Defendant.

Case No. 2:13-cv-0541-JCM-NJK

**ORDER**

Before the Court is Plaintiff Frank Taddeo's Motion to Serve Additional Party with Summons and Complaint (#6). The Plaintiff has requested the Court serve the summons and Complaint via certified mail to:

    Office of the Regional Chief Counsel, Region IX
    Social Security Administration
    160 Spear Street, Suite 899
    San Francisco, California 94105-1545

Accordingly, and for good cause appearing therefore, it is hereby ORDERED that the Plaintiff's Motion is GRANTED.

IT IS FURTHER ORDERED that Clerk of the Court shall serve the Office of the Regional Chief Counsel, Region IX, by sending a copy of the summons and Complaint by certified mail to the above address.

Dated this 12th day of April, 2013.

                                                  NANCY J. KOPPE
                                                  UNITED STATES MAGISTRATE JUDGE