# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Frank Taddeo,

    Plaintiff

v.

Carolyn W. Colvin,

    Defendant

Case No.: 2:13-cv-541-JAD-CWH

**Order Adopting Findings and Recommendation [Doc. 32], Denying Motion to Remand [Doc. 23], and Granting Cross Motion to Affirm [Doc. 28]**

Magistrate Judge Carl Hoffman entered proposed findings and a recommended disposition of the above captioned matter on September 15, 2014, recommending that plaintiff Frank Taddeo's motion to remand [Doc. 23] be denied and defendant's cross motion to affirm [Doc. 28] be granted. Doc. 32.[1] Objections were due October 2, 2014. Taddeo has filed no objection. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2]

Accordingly, and with good cause appearing,

It is hereby ORDERED that Magistrate Judge Hoffman's report and recommendation **[Doc. 32] is ADOPTED**.

It is further ORDERED that Frank Taddeo's motion to remand **[Doc. 23] is DENIED**.

It is further ORDERED that Carolyn Colvin's cross motion to affirm **[Doc. 28] is GRANTED**.

DATED October 3, 2014.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

---

[1] Colvin's cross motion to affirm, and her response to Taddeo's motion to remand, are the same document.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003). *See also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).